**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 12 MAL 2022 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| PRATIGYA THAKUR, | : | |
| | : | |
| Petitioner | : | |

**<u>ORDER</u>**


**PER CURIAM**

     **AND NOW**, this 9th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.